| | |
|---|---|
| 1 | GEORGE S. CARDONA |
| | Acting United States Attorney |
| 2 | LEON W. WEIDMAN |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | KAREN H. SHELTON |
| 4 | Assistant United States Attorney |
| | California Bar Number 212842 |
| 5 |     Federal Building, Suite 7516 |
| |     300 North Los Angeles Street |
| 6 |     Los Angeles, California 90012 |
| |     Telephone: (213) 894-8821 |
| 7 |     Facsimile: (213) 894-7819 |
| |     Email: Karen.Shelton@usdoj.gov |

Attorneys for Federal Defendants
ALBERTO R. GONZALES, ROBERT S. MUELLER, III,
MICHAEL CHERTOFF, EMELIO T. GONZALEZ
JANE ARRELLANO, CHRISTINA POULOS

FILED
CLERK, U.S DISTRICT COURT
DEC -6 2006
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED
CLERK, U.S. DISTRICT COURT
NOV 22 2006 5:00 p.m.
CENTRAL DISTRICT OF CALIFORNIA
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

RAHMAT KHAN,

    Plaintiff,

    v.

ALBERTO R. GONZALES,
ATTORNEY GENERAL OF THE
UNITED STATES, et al.,

    Defendants.

No. CV 06-5970 ER (PLAx)

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER, PLEAD OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER THEREON**

IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, subject to Court approval, that

///
///
///
///
///

DOCKETED ON CM
DEC -7 2006
BY _____ 005

1  Defendants shall have a thirty day extension of time to answer, plead, or otherwise
2  respond to Plaintiff's complaint, up to and including December 21, 2006. The
3  extension of time is requested because Defendants are in the process of a name
4  check of Plaintiff, which must be completed prior to adjudicating the application.
5  The parties expect that this matter will be resolved voluntarily.

DATED: 11/21/06

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney
Attorneys for Federal Defendants

DATED:

REEVES AND ASSOCIATES, PLC

see attached

LORI B. SCHOENBERG
Attorneys for Plaintiff

**ORDER**

It is so ordered.

Dated:

UNITED STATES DISTRICT JUDGE

-2-

1 Defendants shall have a thirty day extension of time to answer, plead, or otherwise
2 respond to Plaintiff's complaint, up to and including December 21, 2006. The
3 extension of time is requested because Defendants are in the process of a name
4 check of Plaintiff, which must be completed prior to adjudicating the application.
5 The parties expect that this matter will be resolved voluntarily.

DATED:

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney
Attorneys for Federal Defendants

DATED: 11/20/06

REEVES AND ASSOCIATES, PLC

LORI B. SCHOENBERG
Attorneys for Plaintiff

## ORDER

It is so ordered.

Dated: DEC - 6 2006

UNITED STATES DISTRICT JUDGE

-3-

3