1  **LORI B. SCHOENBERG**
2  lschoenberg@rreeves.com
   California Bar No. 212972
3  **REEVES & ASSOCIATES, A PROFESSIONAL LAW CORPORATION**
   2 North Lake Avenue, Ninth Floor
4  Pasadena, CA 91101
   Tel: (626) 795-6777
5  Fax: (626) 795-6999

6  Attorneys for plaintiff Rahmat Khan

7              UNITED STATES DISTRICT COURT
8              CENTRAL DISTRICT OF CALIFORNIA

9  RAHMAT KHAN, [A77-359-689],      ) Case No. CV 06-05970 ER (PLAx)
                                     )
10          Plaintiff,               )
                                     )
11      v.                           )
                                     )
12                                   )
13 ALBERTO GONZALES, ATTORNEY        ) 1) STIPULATION TO DISMISS;
   GENERAL; ROBERT S. MUELLER,       ) AND
14 III, DIRECTOR, FEDERAL BUREAU     ) 2) [PROPOSED] ORDER
15 OF INVESTIGATION; MICHAEL         )
16 CHERTOFF, SECRETARY, UNITED       )
17 STATES DEPARTMENT OF              )
18 HOMELAND SECURITY; EMILIO T.      )
   GONZALEZ, DIRECTOR, UNITED        )
19 STATES CITIZENSHIP AND            )
20 IMMIGRATION SERVICES; JANE        )
21 ARELLANO, DIRECTOR, LOS           )
   ANGELES DISTRICT OFFICE,          )
22 UNITED STATES CITIZENSHIP AND     )
23 IMMIGRATION SERVICES; AND         )
   CHRISTINA POULOS, ACTING          )
24 DIRECTOR, CALIFORNIA SERVICE      )
25 CENTER, UNITED STATES             )
26 CITIZENSHIP AND IMMIGRATION       )
   SERVICES;                         )
27                                   )
28       Defendants.                 )
                                     )

1

## STIPULATION

Plaintiff Rahmat Khan, and Defendants Alberto Gonzales, Attorney General, Robert S. Mueller, III, Director, Federal Bureau of Investigation, Michael Chertoff, Secretary, United States Department Of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, Jane Arellano, Director, Los Angeles District Office, United States Citizenship and Immigration Services, and Christina Poulos, Acting Director, California Service Center, United States Citizenship and Immigration Services, through their respective counsel of record, hereby stipulate to dismiss this case without prejudice, with each party bearing his or her own costs and fees, including attorneys' fees, in light of the Federal Bureau of Investigation's completion of the background investigation and fingerprint identification check for the Plaintiff's Form N-400 Application for Naturalization, and the Defendants' imminent issuance of a final decision on the Plaintiff's Form N-400 application.

Respectfully Submitted,

Dated: February 20, 2007

**LORI B. SCHOENBERG**
**REEVES & ASSOCIATES, A PLC**
2 North Lake Avenue, Ninth Floor
Pasadena, CA 91101

attorneys for plaintiff

Dated: February 20, 2007

GEORGE S. CARDONA
Acting United States Attorney
**LEON W. WEIDMAN**
Assistant United States Attorney
Chief, Civil Division

KAREN H. SHELTON
Assistant United States Attorney

attorneys for defendants Alberto Gonzales, Attorney General, Robert S. Mueller, III, Director, Federal Bureau of Investigation, Michael Chertoff, Secretary, United States Department Of Homeland Security, Emilio T. Gonzalez, Director, United States Citizenship and Immigration Services, Jane Arellano, Director, Los Angeles District Office, United States Citizenship and Immigration Services, and Christina Poulos, Acting Director, California Service Center, United States Citizenship and Immigration Services

3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHMAT KHAN, [A77-359-689], | ) Case No. CV 06-05970 ER (PLAx) |
| Plaintiff, | ) |
| -v.- | ) |
| ALBERTO GONZALES, ATTORNEY GENERAL, ET AL., | ) **ORDER** |
| Defendants. | ) |

It is hereby ordered that the above stipulation is approved and that this case is dismissed without prejudice, with each party bearing his or her own costs and fees, including attorneys' fees.

Dated: MAR 5 2007

HONORABLE EDWARD RAFEEDIE
UNITED STATES DISTRICT JUDGE

4